**SEALED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAR 25 2026 PM3:00
FILED - USDC - FLMD - TPA

UNITED STATES OF AMERICA

v.

ANN MARY ZHENG

CASE NO. 8:26-cr-101-KKM-SPF
18 U.S.C. § 3
(Accessory After the Fact)
18 U.S.C. § 1512(c)(1)
(Evidence Tampering)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Accessory After the Fact)

Beginning on or about March 10, 2026, and continuing through at least on or about March 12, 2026, in the Middle District of Florida, the defendant,

ANN MARY ZHENG,

knowing that an offense against the United States had been committed by ALEN ZHENG, that is, Attempted Damage of Government Property By Fire or Explosion in violation of 18 U.S.C. § 844(f)(1), did receive, relieve, comfort, and assist the offender, ALEN ZHENG, in order to hinder and prevent the offender's apprehension, trial, and punishment.

**SEALED**

In violation of 18 U.S.C. § 3.

### COUNT TWO
### (Evidence Tampering)

Beginning on or about March 10, 2026, and continuing through at least on or about March 12, 2026, in the Middle District of Florida, the defendant,

ANN MARY ZHENG,

did corruptly alter, destroy, mutilate and conceal an object, a 2010 black Mercedes-Benz GLK 350 with vehicle identification number WDCGG5GB0AF443725, with the intent to impair its integrity and availability for use in an official proceeding, namely a federal prosecution of ALEN ZHENG for Attempted Damage of Government Property By Fire or Explosion in violation of 18 U.S.C. § 844(f)(1), Unlawful Making of a Destructive Device in violation of 26 U.S.C. § 5861(f), and Possession of Unregistered Destructive Device in violation of 26 U.S.C. § 5861(d).

In violation of 18 U.S.C. §§ 1512(c)(1).

## FORFEITURE

1. The allegations contained in Count Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 1512(c)(1), the defendant shall forfeit to the United States, 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all proceeds made pursuant to the violation.

3. The property to be forfeited includes, but is not limited to, an order of forfeiture in the amount of approximately $5,000, which represents the proceeds obtained from the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

2

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third person;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be

subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to, as

incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____

Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Lauren Stoia
Assistant United States Attorney

By: _____
for Daniel Baeza
Assistant United States Attorney
Chief, National Security and International
Narcotics Section

3

FORM OBD-34
March 26

No.

## UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

ANN MARY ZHENG

INDICTMENT

Violations: 18 U.S.C. § 3
18 U.S.C. § 1512(c)(1)

A true bill,

███████████████████████

_____
Foreperson

Filed in open court this 25th day

of March, 2026.

_____
Clerk

Bail $_____

GPO 863 525