# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                        Case No. 8:26-cr-101-KKM-SPF

ANN MARY ZHENG

## CLERK'S MINUTES
Proceeding: Initial Appearance and Arraignment
*Courtroom 12B*

Judge: Christopher P. Tuite, U.S. Magistrate Judge          Date: March 26, 2026
Deputy Clerk: Ashley Sanders                                Time: 9:38 a.m.
USPO: Jasmine King                                          Recess: 10:28 a.m.
Court Reporter: Digital                                     Total Time: 50 min
Interpreter: none

---

Counsel for USA: Lauren Stoia, AUSA
Counsel for Defendant: Jaclyn Isaacs, AFPD

---

Court calls case and counsel enters appearances.

Court advises of certain constitutional rights. Defendant understands.

Oral motion for counsel. Court reviews completed financial affidavit. Court appoints Federal Public Defender's Office.

Court advises of charges contained in Indictment. Defendant waives full and formal reading, enters a plea of not guilty, moves to participate in discovery. Government moves for reciprocal discovery.

BOND:          <u>Government:</u>  moves for detention. Risk of flight, danger to continue to obstruct.

                 <u>Defendant:</u>    moves for release.

Detention hearing continued to Tuesday, March 31 at 2:30 p.m.

Trial set for May trial term commencing on May 4 before Judge Mizelle. Status Conference set for April 14 at 9:00 a.m. Pretrial order to be filed.

Oral due process order pronounced.

Recess.