# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                        Case No. 8:26-cr-101-KKM-SPF

ANN MARY ZHENG

**CLERK'S MINUTES**
Proceeding: Detention Hearing
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: March 31, 2026 |
| Deputy Clerk: Ashley Sanders | Time: 2:37 p.m. |
| USPO: Madison Goodroe | Recess: 3:29 p.m. |
| Court Reporter: Digital | Total Time: 52 min |
| Interpreter: none | |

---

Counsel for USA: Lauren Stoia, AUSA
Counsel for Defendant: Jaclyn Issacs-Bacallao, AFPD

---

Court calls case and counsel enters appearances.

Court hears continued arguments from counsel as to their respective positions on release or detention.

Government to file a response to Defendant's motion to set reasonable conditions of bond (Doc. 19) by 5:00 p.m. on Friday, April 3, 2026.

Court takes matter under advisement.

Recess.