# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                          **Case No.: 8:26-CR-101-KKM-SPF**

**ANN MARY ZHENG**

_____ /

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, ANN MARY ZHENG, in the above-styled cause. The Clerk is requested to enter the appearance of SAMUEL LANDES, Assistant Federal Defender, as counsel for the Defendant.

The Clerk is requested to withdraw the name of JACLYN ISAACS, Assistant Federal Defender, as notice counsel for the Defendant.

DATED this 1st day of April 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s Samuel Landes*
Samuel Landes
Assistant Federal Public Defender
DC Bar No. 1552625
400 North Tampa Street, Suite 2700
Tampa, FL. 33602
Telephone: 813-228-2715
Email: Samuel_Landes@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 1st day of April 2026, a true and correct copy of the foregoing was furnished by CM/ECF to with the Clerk of the Court, which will send notice of the electronic filing to the following:

Lauren Stoia, AUSA

/s Samuel Landes
Samuel Landes
Assistant Federal Public Defender