**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                                 **CASE NO.: 8:26-cr-00101-KKM-SPF**

**ANN MARY ZHENG,**

_____/

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as private counsel in this case for Defendant, **ANN MARY ZHENG.**

**DATED** this **4th** day of **April 2026**.

Respectfully Submitted,

*/Michael P. Maddux*
Michael P. Maddux, Esquire
Florida Bar No.: 0964212
Michael P. Maddux, P.A.
2102 West Cleveland Street
Tampa, Florida 33606
Phone: (813) 253-3363
Fax: (813) 253-2553
E-mail: mmaddux@madduxattorneys.com
jszymczak@madduxattorneys.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **4th day of April 2026**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

*/Michael P. Maddux*
Michael P. Maddux, Esquire