**UNITED STATES OF AMERICA**

**v.**                                             **Case No. 8:26-Cr-101-KKM-SPF**

**ANN MARY ZHENG**

_____/

## MOTION TO WITHDRAW

**NOW COMES** the Federal Defender's Office and moves to withdraw.

## MEMORANDUM OF LAW

Mr. Michael P. Maddux has filed a notice of appearance on behalf of Ms.

Zheng. (Doc. 25) It therefore appears that Ms. Zheng is "financially able to obtain

counsel . . . ." 18 U.S.C. § 3006A(c). Accordingly, this Court should terminate its

appointment of the Federal Public Defender and allow counsel to withdraw. *See id*.

DATED this 6th day of April 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s Samuel E. Landes*
Samuel E. Landes
D.C. Bar No. 1552625
Assistant Federal Public Defender
400 North Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Samuel_Landes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th of April 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Lauren Stoia

/s *Samuel E. Landes*
Samuel E. Landes
Assistant Federal Public Defender