# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| CLERK'S MINUTES |
| --- |
| **STATUS CONFERENCE** |

### Case Number: 8:26-cr-00101-KKM-SPF

---

**UNITED STATES OF AMERICA,**          **Government Counsel:**    Lauren N. Stoia

**v.**

**ANN MARY ZHENG,**                          **Defense Counsel:**    Michael P. Maddux

            **Defendant.**

| Judge: | **Kathryn Kimball Mizelle** | Court Reporter: | Bill Jones |
| --- | --- | --- | --- |
| Deputy Clerk: | Bettye Samuel | Interpreter: _____ Pretrial Services | N/A _____ Anthony Zarate |
| Date: | April 21, 2026 | Time: Total: | 2:04PM – 3:30PM 1 hour 26 minutes |

Court in session, counsel identified for the record, and Defendant sworn.

The Court addressed counsel and heard argument on *Defendant's Appeal of Magistrate Judge's Detention Order and Motion for Revocation* (Doc. 37).

*Defendant's Appeal of Magistrate Judge's Detention Order and Motion for Revocation* (Doc. 37) is taken under advisement for the reasons stated on the record. The Government is directed to file their additional exhibits, Q, R, S, and T, under seal. The Court will issue a written order.

Court adjourned.